IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| KIMBERLY K. WIESE, an individual, | 8:18-CV-305 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| WASTE MANAGEMENT OF ILLINOIS, INC., a Delaware corporation licensed to do business in Nebraska, | |
| Defendant. | |

IT IS ORDERED:

1. The parties' Stipulation to Substitute Party Defendant ([filing 4](filing 4)) is approved.

2. The Clerk of the Court shall terminate Waste Management of Nebraska, Inc. as a party.

3. The Clerk of the Court shall reinstate Waste Management of Illinois, Inc. as the sole defendant in this matter.

4. Waste Management of Illinois, Inc. will be deemed to take the place of Waste Management of Nebraska, Inc. on the docket and in the substance of all previous filings.

Dated this 11th day of September, 2018.

BY THE COURT:

_____
John M. Gerrard
United States District Judge